UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                         :

UNITED STATES OF AMERICA,      :
                                                        :      14 Cr. 483 (LAP)
                                                        :      <u>Electronically Filed</u>
       – against –                :
                                                        :      NOTICE OF APPEARANCE AND
JOSE CRUZ,                                  :      AND REQUEST FOR
                                                        :      ELECTRONIC NOTIFICATION
                        Defendant.      :
                                                        :
-------------------------------------------------------x

       Please take notice that Joshua Dratel, Esq., hereby appears in this action on behalf of JOSE CRUZ and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  December 22, 2014
          New York, New York

                                                             Respectfully submitted,

                                                            /s/Joshua L. Dratel
                                                           Joshua L. Dratel
                                                           JOSHUA L. DRATEL, PC
                                                           29 Broadway, Suite 1412
                                                          New York, New York 10006
                                                          (212) 732-0707
                                                          jdratel@joshuadratel.com

                                                          *Attorney for Defendant Jose Cruz*