LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                           STEVEN WRIGHT
—                                                                                                                 *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

February 27, 2015

**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Jose Cruz*,
                           14 Cr. 483 (LAP)

Dear Chief Judge Preska:

      This letter is submitted on behalf of defendant Jose Cruz, whom I represent in the above-entitled case, and requests, for the reasons set forth below, an adjournment of the due date for Mr. Cruz's pretrial motions, which are currently due March 2, 2015.  I have been in contact with Assistant United States Attorney Brendan Quigley, who has informed me that the government does not object to this request.

      The reason for the requested adjournment is that the parties have been involved in attempting to achieve a negotiated resolution of the case, which process was delayed by my unavailability due to a trial that lasted from early January through the first week of February.  I anticipate that if an agreement with respect to a disposition is forthcoming, it would require an additional two weeks.  Accordingly, it is respectfully requested that the due date for Mr. Cruz's pretrial motions be adjourned until March 16, 2015.

                                                            Respectfully submitted,

                                                            Joshua L. Dratel

JLD/
cc:     Brendan Quigley
          Assistant United States Attorney