LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
---
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

February 27, 2015

**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jose Cruz,*
      14 Cr. 483 (LAP)

Dear Chief Judge Preska:

This letter is submitted on behalf of defendant Jose Cruz, whom I represent in the above-entitled case, and requests, for the reasons set forth below, an adjournment of the due date for Mr. Cruz's pretrial motions, which are currently due March 2, 2015. I have been in contact with Assistant United States Attorney Brendan Quigley, who has informed me that the government does not object to this request.

The reason for the requested adjournment is that the parties have been involved in attempting to achieve a negotiated resolution of the case, which process was delayed by my unavailability due to a trial that lasted from early January through the first week of February. I anticipate that if an agreement with respect to a disposition is forthcoming, it would require an additional two weeks. Accordingly, it is respectfully requested that the due date for Mr. Cruz's pretrial motions be adjourned until March 16, 2015.

(1) [handwritten annotation]

(2) Speedy Trial time is excluded from March 2 through March [16] in the interests of justice.

Respectfully submitted,

Joshua L. Dratel

JLD/
cc:   Brendan Quigley
      Assistant United States Attorney

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/4/15