UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA

       - v. -

JOSE CRUZ,

    Defendant.

------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/15

ORDER

14 Cr. 483 (LAP)

WHEREAS, with the consent of defendant JOSE CRUZ, his guilty plea allocution was taken before a United States Magistrate Judge on April 29, 2015;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
        June  9 , 2015

                                LORETTA A. PRESKA
                                CHIEF U.S. DISTRICT JUDGE