LAW OFFICES OF

**JOSHUA L. DRATEL, P.C.**

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

August 5, 2015

**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Jose Cruz*,
                14 Cr. 483 (LAP)

Dear Chief Judge Preska:

This letter is submitted on behalf of defendant Jose Cruz, whom I represent in the above-entitled case, and, for the reasons set forth below, seeks a three-week adjournment of his sentencing, currently set for next Tuesday, August 11, 2015, at 11 a.m.  I have been in contact with Assistant United States Attorney Brendan Quigley, who has informed me that the government does not object to this request.

Due to a clerical error (transposing the numbers in Mr. Cruz's birth date), a substantial volume of records reflecting substance abuse and mental health treatment that Mr. Cruz has sought and received in the past over an eight-year period (2006-2014) have not yet been provided to the Probation Department by a treatment facility.  It is respectfully submitted that because Mr. Cruz's substance abuse and diagnosed mental health condition are important aspects of the sentencing submission being prepared on his behalf, a three-week adjournment is appropriate to enable review of the material by counsel.  My office has been directly involved in transmitting the correct information to facilitate production of the records.

Accordingly, it is respectfully requested that Mr. Cruz's sentencing be adjourned for three weeks.  As noted above, the government does not object to this request.

Respectfully submitted,

Joshua L. Dratel

JLD/
cc:    Brendan Quigley
        Assistant United States Attorney